# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 03-14018-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW JERMAINE JACKSON,

      Defendant.

_____/

FILED by _____ D.C.

AUG 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBERS 3 and 4 AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on August 3, 2017 regarding violations alleged in a Superseding Petition for Offender under Supervision ("Superseding Petition") [D.E. 49] ("Petition"), and this Court having convened a hearing, now recommends to the District Court as follows:

1. The Defendant appeared before this Court on August 3, 2017 for a final hearing in respect to the Superseding Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 17, 2016, in Hillsborough County, Florida, the defendant committed the offense of Battery (Domestic), contrary to Florida Statute 784.03(1)(a)(1). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 4, 2017, |

SCANNED

in Okeechobee County, Florida, the defendant committed the offense of Battery (Domestic), contrary to Florida Statute 784.03(1)(a)(1).

**Violation Number 3**    **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 20, 2017, in Okeechobee County, Florida, the defendant committed the offense of Possession of Methamphetamine, contrary to Florida Statute 893.13(6)(a).

**Violation Number 4**    **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 20, 2017, in Okeechobee County, Florida, the defendant committed the offense of Possession/Use of Drug Paraphernalia, contrary to Florida Statute 893.147(1).

**Violation Number 5**    **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about January 20, 2017, the defendant had contact with Merita Jackson, a subject identified by Okeechobee County Sheriff's Office, and who was found in possession of marijuana.

**Violation Number 6**    **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about January 20, 2017, the defendant had contact with Walter Jackson, a subject identified by Okeechobee County Sheriff's Office, and who was found in possession of hydromorphone and marijuana.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 3 and 4 as set forth in the Superseding Petition. The

government announced that it agreed to seek dismissal of Violation Numbers 1, 2, 5 and 6 of the Superseding Petition at sentencing. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. The Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government proffered the facts it could prove against Defendant with respect to Violation Numbers 3 and 4 if a hearing were held in this matter. Specifically, the government stated that on January 20, 2017, members of the Okeechobee County Narcotics Task Force executed a search warrant at the Defendant's residence in Okeechobee, Florida. The Defendant was located inside the residence. A search of the Defendant's bedroom yielded a digital scale and a bundle of small unused baggies commonly used to package and distribute illegal narcotics. There was residue on the digital scale that field tested positive for the presence of methamphetamine. The defendant was charged in the 19th Judicial Circuit of Florida, case number 472017CF000056A, with Possession of Methamphetamine contrary to Florida Statute 893.13(6)(a), and Possession of Drug

Paraphernalia contrary to Florida Statute 893.147(1). Defendant was convicted of both charges on June 23, 2017 and a copy of the Judgment of Conviction was provided to defense counsel as discovery. The Defendant acknowledged and agreed that the government could prove those facts against him by a preponderance of the evidence. This Court finds that the proffer sets forth a sufficient factual basis to support the Defendant's admission to Violation Numbers 3 and 4 and also meets the essential legal elements of the violations to which Defendant is admitting.

4. The possible maximum penalties faced by the Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY,** based upon the Defendant's admission to Violation Numbers 3 and 4 of the Superseding Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 3 and 4, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States

District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this ___9ᵗʰ___ day of August, 2017.


_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE


Copies furnished:
Hon. K. Michael Moore
AUSA Marton Gyires
AFPD Panayotta Augustin-Birch
U.S. Probation (USPO Amanda Maghan)